UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 2:09-CR-_____ |
| JOSH AARON CARR and | ) |
| SHANNON NICHOLE WIDENER | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury further charges that on or about October 1, 2008, in the Eastern District of Tennessee, the defendant, JOSH AARON CARR, did knowingly, intentionally, and without authority distribute a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(D)]

### COUNT TWO

The Grand Jury further charges that on or about October 16, 2008, in the Eastern District of Tennessee, the defendant, JOSH AARON CARR, did knowingly, intentionally, and without authority distribute a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(D)]

## COUNT THREE

The Grand Jury further charges that on or about November 12, 2008, in the Eastern District of Tennessee, the defendant, JOSH AARON CARR, did knowingly, intentionally, and without authority distribute a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(D)]

## COUNT FOUR

The Grand Jury further charges that on or about November 24, 2008, in the Eastern District of Tennessee, the defendant, JOSH AARON CARR, did knowingly, intentionally, and without authority distribute a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(D)]

## COUNT FIVE

The Grand Jury further charges that on or about November 24, 2008, in the Eastern District of Tennessee, the defendant, JOSH AARON CARR, did knowingly, intentionally, and without authority possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(D)]

## COUNT SIX

The Grand Jury further charges that on or about November 24, 2008, in the Eastern District of Tennessee, the defendants, JOSH AARON CARR and SHANNON NICHOLE WIDENER, then each being an unlawful user and addict of a controlled substance as defined in 21 United States Code, Section 802, did knowingly possess, in and affecting commerce, firearms namely a Rossi, M41228/B, .410 gauge shotgun and a Raven Arms Model MP25, .25 caliber auto.

[18 U.S.C. §§ 922(g)(3) and 924(a)(2)]

## COUNT SEVEN

The Grand Jury further charges that on or about November 24, 2008, in the Eastern District of Tennessee, the defendants, JOSH AARON CARR and SHANNON NICHOLE WIDENER, did knowingly possess firearms, namely, a Rossi, M41228/B, .410 gauge shotgun and a Raven Arms Model MP25, .25 caliber auto in furtherance of a drug trafficking offense as charged in Counts Four and Five, namely, violations of Title 21, United States Code, Section 841(a)(1) which are hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

A TRUE BILL:

s/ Foreperson
FOREPERSON

JAMES R. DEDRICK
United States Attorney

*s/ Robert M. Reeves*
ROBERT M. REEVES
Assistant U.S. Attorney

3