PS8
(8/88 - rev. 6/06 by ED/TN)

# United States District Court
for the
Eastern District of Tennessee 

U.S.A. vs. **Josh Aaron Carr**   Docket Number 2:09-CR-00013-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jennifer A. Bible, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant <u>Josh Aaron Carr</u>, who was placed under pretrial release supervision by The Honorable <u>Dennis H. Inman</u>, sitting in the Court at <u>Greeneville</u>, on <u>February 18, 2009</u>, under the following conditions:

(7) (d): avoid all contact with the confidential informant and the co-defendant.

**Respectfully presenting petition for action of Court and for cause as follows**:

On March 20, 2009, this officer was contacted by Vanessa Tester in regard to a confrontation, involving the defendant, Josh Carr, and her son, Jeff Tester. Mrs. Tester reported the defendant sat in a car while her son was beaten up by two other males on March 11, 2009. Mrs. Tester's daughter, McKensy Tester, reported to this officer, she was contacted by defendant Carr on March 11, 2009, and he asked where her brother could be located. McKensy advised she would not divulge the whereabouts of her brother. The defendant told her, "I am fed up with not being able to see my son, and I am going to kill him.", referring to her brother, Jeff Tester. She advised her brother was beaten up that evening by John Dunn and Chris Jones. She further advised her brother contacted ATF agent, Steve Levesque, in regard to the incident. He did seek medical assistance at a Bristol Hospital.

**PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED AND THE DEFENDANT'S PRETRIAL RELEASE BE REVOKED.**

ORDER OF COURT

Considered and ordered this 23rd day of March, 2009 and ordered filed and made a part of the records in the above case.

_____
The Honorable Dennis H. Inman
U.S. Magistrate Judge

I declare that under penalty of perjury that the foregoing is true and correct.

Respectfully,

_____
Jennifer A. Bible
Supervisory U.S. Probation Officer

Place: Greeneville, TN

Date: March 20, 2009