✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |

UNITED STATES OF AMERICA

V.

JOSH A. CARR

**EXHIBIT AND WITNESS LIST**

Case Number: 2:09-CR-13

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DENNIS H. INMAN | ROBERT M. REEVES | JERRY LAUGHLIN |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| BOND REVOCATION HEARING | KAREN BLOMBERG | CONNIE LAMB |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | - | 3/31/09 | - | - | VANESSA TESTER |
| 1 | - | " | √ | √ | Statement of Josh Carr |
| W | - | " | - | - | CHARLES DANIEL THORNTON, JR. |
| W | - | " | - | - | MACKENZIE TESTER |
| W | - | " | - | - | SA STEPHEN H. LEVESQUE |
| 2 | - | " | √ | √ | Report of Investigation |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages