UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | No. 2:09-CR-13 |
| | ) | |
| JOSH AARON CARR | ) | |

## ORDER REVOKING PRETRIAL RELEASE

A hearing on the petition of the United States Probation Office to revoke defendant's pretrial release, Document 16, was held on March 31, 2009.

The defendant violated that condition of release which instructed him to have no contact with the confidential informant. Also, a drug screen administered to defendant last week immediately after his initial appearance on the revocation petition indicated that defendant had used marijuana since being released. Upon being confronted with the results of the test, defendant admitted such use.

Defendant's pretrial release is **REVOKED** and he shall be held in custody pending his trial.

SO ORDERED:

s/Dennis H. Inman
United States Magistrate Judge