# EXHIBIT A

Joe & Vanessa Christopher Tester
223 Beeler Road
Bristol, TN, 37620

Joshua Carr E9 ((we miss you!))
Irwin County
Detention center
132 Cotton Drive
Ocilla, Georgia 31774

Exhibit A

Hey Josh,

I'm wanting to send a prayer. It's a song that our Friends that has a band.

Sorry Lord
I'm Sorry For the Lies I Spoken.
I'm Sorry For the promises I broken.
I'm Sorry For All the times I Fooled Around.
I'm Sorry it seems I Always let you down
No one else can help So I'm sending a prayer,
Your the keeper of my soul And when I close my eyes I can feel your presents there. Times I've been ungreatful but you and me both know

Now that I Found you
Now I know which way
I'll go, I want you to
hear something that I
truly mean you are greatest
and greater then anyone
can dream. Thank you Lord
For the Favers that you done.
Thank you For your unForgotten
Son, Thank you For all the
Favor's you done, Thank you
For all the pleasures you
given me, Thank you FOR
given me the chance to live
No one else ~~xxxxx~~ can
help So I'm sending a prayer
So When I Close my eye's I
Feel your present there
Times has been ungreatFul

It's a keeper of my soul
So when I found you I
know where I'll go.

God Bless and
You are in our
PRAYERS. So is
Your sister + your Mom

By the way McKensy is having
a little girl Blakely Jade
We hope you write us
and keep in touch. We think
the world of you. You are
our very Best Friend. Sorry
For All the Hell you gone
through and still are going
through it.

With all of
our love All of us.