# United States District Court
## Eastern District of Tennessee

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |
| **JOSH AARON CARR** | Case Number:   **2:09-CR-13** |
| | **Jerry W. Laughlin, Esq.** |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✓]   pleaded guilty to count(s): **5 and 7 of the Indictment**
[ ]   pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC §§841(a)(1) & (b)(1)(D) | Possession with the intent to distribute a quantity of marijuana | 11/24/2008 | 5 |
| 18 USC §924(c) | Possession of a firearm in furtherance of a drug trafficking crime | 11/24/2008 | 7 |

The defendant is sentenced as provided in pages 2 through _6_ of this judgment and the Statement of Reasons. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and 18 U.S.C. §3553.

[ ]   The defendant has been found not guilty on count(s) ___.

[✓]   Count(s) **1, 2, 3, 4 and 6 of the Indictment**   [ ] is [✓] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

**August 24, 2009**
Date of Imposition of Judgment

Signature of Judicial Officer

**J. RONNIE GREER, United States District Judge**
Name & Title of Judicial Officer

Date   9/1/09

DEFENDANT: JOSH AARON CARR
CASE NUMBER: 2:09-CR-13

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

**24 months on count 5 and 60 months on count 7 to run consecutively for a net effective sentence of 84 months.**

[✓] The court makes the following recommendations to the Bureau of Prisons:

1. **Credit for time served since 3/25/09.**
2. **Designation to the federal facility at Manchester, Kentucky.**
3. **500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program.**

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m. [ ] p.m. on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __10-5-2009__ to __FMC Lexington__
at __Lexington, KY.__, with a certified copy of this judgment.

DEBORAH A. HICKEY, WARDEN
UNITED STATES MARSHAL

By __Russell Caso__
DEPUTY UNITED STATES MARSHAL