UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:09-CR-13 |
| | ) | |
| JOSH AARON CARR | ) | |

## ORDER

The defendant filed a *pro se* motion for early termination of his supervised release. [Doc. 47]. The defendant has completed approximately 20 months of his five-year term of supervised release. The United States does not oppose the defendant's request because he has been compliant on supervision and successfully completed the Smart on Crime program. [Doc. 48]. The Probation Office, similarly, does not oppose early termination due to the defendant's compliance and completion of the Smart on Crime program. The Court generally does not grant early termination where the defendant has not completed at least half of the supervised release term. However, because neither the Probation Office nor the government oppose early termination, and because the defendant successfully completed the Smart on Crime program, the Court will grant the defendant's request. Therefore, pursuant to Title 18 United States Code section 3583(e), this Court finds that the motion, [Doc. 47], should be GRANTED in the interest of justice. As such, the defendant's term of supervised release is TERMINATED as of the date of this Order.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE